IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY GOODE,

    Plaintiff,

vs.

ST. JUDE MEDICAL, TWEED HANUSEK, BILL HILTON, ST. JUDE MEDICAL CARDIAC, RUTH GAGARIN, IRMA ESTRADA, BRIDGET FELLOWS, NICOLE ARANA, NES KUSNIERZ, KATHY CHESTER, ST JUDE MEDICAL CARDIAC RHYTHM MANAGEMENT and DOES 1-20,

    Defendants.
_____/

No. CIV S-08-0302 MCE EFB PS

ORDER AND
<u>ORDER TO SHOW CAUSE</u>

    Plaintiff is proceeding *pro se* in this action, which was referred to the undersigned pursuant to E. D. Cal. L. R. ("Local Rule") 72-302(c)(21). On October 15, 2008, defendants filed two motions to dismiss, and noticed the matters for hearing before this court on November 26, 2008.

    Local Rule 78-230(c) provides that opposition to the granting of a motion, or a statement of non-opposition thereto, must be personally served upon the moving party, and filed with this

////

////

1

court, no later than fourteen days preceding the noticed hearing date,[1] or, in this case, by November 12, 2008. Local Rule 78-230(c) further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." Court records reflect that, to date, plaintiff has filed neither an opposition or statement of non-opposition to the motion.

Local Rule 83-183, governing persons appearing *in propria persona*, provides that failure to comply with the Federal Rules and Local Rules may be ground for dismissal, judgment by default, or other appropriate sanction. "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of November 26, 2008, is continued to December 17, 2008, at 10:00 a.m., in Courtroom No. 25.

2. Plaintiff shall show cause, in writing, no later than December 3, 2008, why sanctions should not be imposed for failure timely to file an opposition or a statement of non-opposition to the pending motions.

////
////
////
////
////

---

[1] Electronic or mail service of an opposition upon the moving party must be made seventeen days preceding the scheduled hearing date. Local Rule 78-230(c).

1      3.  Plaintiff is directed to file opposition, if any, to the motions, or a statement of non-
2  opposition thereto, no later than December 3, 2008.  Failure to file an opposition and appear at
3  the continued hearing will be deemed a statement of non-opposition, and shall result in a
4  recommendation that this action be dismissed.
5      IT IS SO ORDERED.
6  DATED: November 13, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3