IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GOODE,<br><br>          Plaintiff,<br><br>     vs.<br><br>ST. JUDE MEDICAL, TWEED HANUSEK, BILL HILTON, ST. JUDE MEDICAL CARDIAC, RUTH GAGARIN, IRMA ESTRADA, BRIDGET FELLOWS, NICOLE ARANA, NES KUSNIERZ, KATHY CHESTER, ST JUDE MEDICAL CARDIAC RHYTHM MANAGEMENT and DOES 1-20,<br><br>          Defendants.<br>_____/ | No. CIV S-08-0302 MCE EFB PS<br><br><u>ORDER AND FINDINGS</u><br><u>AND RECOMMENDATIONS</u> |

On November 14, 2008, this court ordered plaintiff to show cause, on or before December 3, 2008, why sanctions should not be imposed due to plaintiff's failure to file an opposition or a statement of non-opposition to defendants' pending motions to dismiss.  Plaintiff was also directed to file an opposition or a statement of non-opposition no later than December 3, 2008.  The hearing date of  November 26, 2008 was continued to December 17, 2008, to permit plaintiff adequate time to respond and be heard at the hearing on defendants' motions to dismiss.

////

1

The December 3, 2008 deadline has passed, and plaintiff has not shown cause or otherwise responded to the court's order. It is apparent that plaintiff has abandoned this case, particularly in light of the court's directive that, "[f]ailure to file an opposition and appear at the continued hearing will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed."

Federal Rule of Civil Procedure 41(b) allows dismissal "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order . . . " *See also* E. D. Cal. L. R. 11-110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court"). Plaintiff's *pro se* status does not derogate this authority. "Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules. All obligations placed on 'counsel' by these Local Rules apply to individuals appearing *in propria persona*. Failure to comply therewith may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules." E. D. Cal. L. R. 83-183.

Accordingly, since plaintiff has not responded to the court's order to show cause, and has failed to oppose defendants' motions to dismiss, the court hereby ORDERS that the December 17, 2008 hearing on defendants' motions to dismiss, Dckt. Nos. 8 & 9, is vacated.

Further, it is hereby RECOMMENDED that this action be dismissed without prejudice for failure to prosecute, and failure to comply with the federal and local rules of court. *See* Fed. R. Civ. P. 41(b); E. D. Cal. L. R. 11-110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the

specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 11, 2008.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE