IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY GOODE,

    Plaintiff,

vs.

ST. JUDE MEDICAL, TWEED HANUSEK, BILL HILTON, ST. JUDE MEDICAL CARDIAC, RUTH GAGARIN, IRMA ESTRADA, BRIDGET FELLOWS, NICOLE ARANA, NES KUSNIERZ, KATHY CHESTER, ST JUDE MEDICAL CARDIAC RHYTHM MANAGEMENT and DOES 1-20,

    Defendants.
_____/

No. CIV S-08-0302 MCE EFB PS

<u>ORDER</u>

    For the reasons set forth in this court's Order and Findings and Recommendations, filed December 11, 2008, this court vacated the December 17, 2008 hearing on defendants' motions to dismiss, and recommended that this action be dismissed without prejudice due to plaintiff's failure to respond to the pending motions or to this court's order to show cause filed November 14, 2008. On December 17, 2008, plaintiff filed a request that the hearing on defendants' motions be rescheduled, and that she be offered another opportunity to respond. Plaintiff states that her husband has chronic kidney failure, that they must travel frequently between their Stockton home and Fresno to obtain his medical care, and that due to her husband's illness,

plaintiff was unable to meet the court's deadlines.

Fed. R. Civ. P. 6(b)(1)(B) authorizes extension of an expired deadline under the following circumstances: "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect."

The court finds that plaintiff has demonstrated excusable neglect, and therefore good cause, for missing the recent deadlines in this case, and will therefore permit plaintiff one more opportunity to respond to defendants' motions.  Plaintiff is reminded, however, that she has already missed several deadlines,[1] and the court will look with significant disfavor on any further requests for extension of time.  Plaintiff is again reminded that her *pro se* status does not excuse compliance with the local and federal rules of court.  "Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules.  All obligations placed on 'counsel' by these Local Rules apply to individuals appearing *in propria persona*.  Failure to comply therewith may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules."  E. D. Cal. L. R. 83-183.

Accordingly, for the foregoing reasons, IT IS HEREBY ORDERED that:

1. This court's order, and findings and recommendations, filed December 11, 2008, is VACATED:

2. The court's order to show caused, filed November 14, 2008, is DISCHARGED;

3. The hearing on defendants' motions to dismiss is RESET for March 4, 2009, at 10:00 a.m., in Courtroom No. 25;

////

---

[1] Plaintiff was served with defendants' motions to dismiss in mid-October, her opposition was due the first week of November, and she failed to respond to this court's mid-November order despite a December 3, 2008 compliance date.

2

    4. Plaintiff's opposition to both motions to dismiss shall be set forth in a single document, and shall be served on all defendants and filed with the court no later than February 12, 2009; and

    5. Defendants' replies, if any, shall be served and filed no later than February 23, 2009.

    IT IS SO ORDERED.

DATED:   December 30, 2008.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE

3