IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY GOODE,

      Plaintiff,

vs.

ST. JUDE MEDICAL, TWEED HANUSEK, BILL HILTON, ST. JUDE MEDICAL CARDIAC, RUTH GAGARIN, IRMA ESTRADA, BRIDGET FELLOWS, NICOLE ARANA, NES KUSNIERZ, KATHY CHESTER, ST JUDE MEDICAL CARDIAC RHYTHM MANAGEMENT and DOES 1-20, et al.,

      Defendants.

No. 2:08-cv-00302 MCE EFB PS

ORDER

_____/

On November 16, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

1

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed November 16, 2009, are ADOPTED;

2. Defendants' Motions to Dismiss, Dckt. Nos. 8 and 9, are granted in part and denied in part as set forth in the findings and recommendations; and

3. Plaintiff's Amended Complaint, Dckt. No. 4, is dismissed with leave to file a second amended complaint, in conformance with the findings and recommendations filed November 16, 2009, within 60 days.

Dated: January 29, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE