1

2

3

4

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARY GOODE,

12              Plaintiff,                    No.  2:08-cv-00302 MCE EFB PS

13         vs.

14   ST. JUDE MEDICAL, TWEED
     HANUSEK, BILL HILTON, ST. JUDE          ORDER
15   MEDICAL CARDIAC, RUTH GAGARIN,
     IRMA ESTRADA, BRIDGET FELLOWS,
16   NICOLE ARANA, NES KUSNIERZ,
     KATHY CHESTER, ST JUDE MEDICAL
17   CARDIAC RHYTHM MANAGEMENT
     and DOES 1-20, et al.,
18
                Defendants.
19   _____/

20              On November 16, 2009, the magistrate judge filed findings and recommendations

21   herein which were served on the parties and which contained notice that any objections to the

22   findings and recommendations were to be filed within ten days.  No objections were filed.

23              Accordingly, the court presumes any findings of fact are correct.  See Orland v.

24   United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

25   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

26   1983).

                                              1

1    The court has reviewed the applicable legal standards and, good cause appearing,

2 concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

3    Accordingly, IT IS ORDERED that:

4    1.  The proposed Findings and Recommendations filed November 16, 2009, are

5 ADOPTED;

6    2.  Defendants' Motions to Dismiss, Dckt. Nos. 8 and 9, are granted in part and

7 denied in part as set forth in the findings and recommendations; and

8    3.  Plaintiff's Amended Complaint, Dckt. No. 4, is dismissed with leave to file a

9 second amended complaint, in conformance with the findings and recommendations filed

10 November 16, 2009, within 60 days.

11  Dated:  January 29, 2010

12

13    MORRISON C. ENGLAND, JR.

14    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26