1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MARY GOODE,

11           Plaintiff,                          No. CIV S-08-0302 MCE EFB PS

12           vs.

13  ST. JUDE MEDICAL, TWEED
    HANUSEK, BILL HILTON, ST. JUDE
14  MEDICAL CARDIAC, RUTH GAGARIN,
    IRMA ESTRADA, BRIDGET FELLOWS,
15  NICOLE ARANA, NES KUSNIERZ,
    KATHY CHESTER, ST JUDE MEDICAL
16  CARDIAC RHYTHM MANAGEMENT
    and DOES 1-20,                               FINDINGS AND RECOMMENDATIONS
17
             Defendants.
18
    _____/
19

20           This action, in which plaintiff is proceeding *in propria persona*, was referred to the

21  undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  On February 1,

22  2010, the district court adopted this court's findings and recommendations and granted

23  defendants' motions to dismiss in part.  That order dismissed plaintiff's amended complaint with

24  leave to amend within sixty days.

25  ////

26  ////

                                             1

The sixty-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the order.[1]

Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice, and that the Clerk be directed to close this case. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 19, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.